IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | Cause No. CV-21-110-GF-BMM |
| vs. | ) ) ) | |
| K.T. HOME INSPECTIONS, LC, and JODY CAMPBELL (a/ka JODIE CAMPBELL), | ) ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |

Pursuant to the parties' Stipulated Motion for Dismissal with Prejudice (Doc. 8), IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 21st day of March, 2022.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court